IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DAVID PRICE**                                                                                      **PLAINTIFF**

v.                                          **1:08CV00019 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff David Price.

DATED this 13th day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE